# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harris, Pamela A. | U.S. Court of Appeals, Fourth Circuit | 05/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

7201 Wisconsin Avenue
Suite 420
Bethesda, MD 20814

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Google LLC - salary, bonus, Alphabet Inc. equity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 2/7/2018-2/11/2018 | Stanford, CA | Non-FJC educational program | Transportation, food, lodging |
| 2. | Duke Law School | 2/19/2018-2/21/2018 | Durham, NC | Non-FJC educational program | Transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  SunTrust cash account | A | Interest | J | T | | | | | |
| 2.  M&T Bank cash acccount | A | Interest | J | T | | | | | |
| 3.  Bank of America cash accounts | D | Interest | O | T | | | | | |
| 4.  Northern Trust cash accounts | C | Interest | M | T | | | | | |
| 5.  Northwestern Mutual - whole life insurance policies | C | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 6.  Aberdeen US Small Cap Equity Fund | | None | N | T | Buy (add'l) | 02/05/18 | J | | |
| 7. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 8.  Agilent Technologies Common | A | Dividend | M | T | | | | | |
| 9.  Alphabet Inc. Common | | None | P1 | T | Sold (part) | 02/27/18 | M | | |
| 10. | | | | | Sold (part) | 05/29/18 | K | | |
| 11. | | | | | Sold (part) | 08/13/18 | M | | |
| 12. | | | | | Sold (part) | 11/05/18 | M | | |
| 13. | | | | | Sold (part) | 11/28/18 | M | | |
| 14. | | | | | Sold (part) | 11/29/18 | L | | |
| 15. | | | | | Sold (part) | 11/30/18 | K | | |
| 16. American Century Equity Growth Fund | A | Dividend | J | T | | | | | |
| 17. American Funds EuroPacific Growth Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | American Funds Growth Fund of America | C | Dividend | N | T | Buy (add'l) | 02/02/18 | J | | |
| 19. | | | | | | Buy (add'l) | 12/19/18 | J | | |
| 20. | American International Group Inc. Common | A | Dividend | J | T | | | | | |
| 21. | American International Group Inc. Warrants | | None | J | T | | | | | |
| 22. | Automatic Data Processing Common | D | Dividend | M | T | | | | | |
| 23. | Blackrock Advantage Large Cap Value Fund | C | Dividend | N | T | Buy (add'l) | 02/02/18 | J | | |
| 24. | | | | | | Buy (add'l) | 12/19/18 | J | | |
| 25. | Blackrock High Yield Bond Portfolio Fund | E | Int./Div. | N | T | Buy (add'l) | 04/27/18 | K | | |
| 26. | | | | | | Buy (add'l) | 12/24/18 | J | | |
| 27. | Boston Partners All Cap Value Fund | A | Int./Div. | M | T | Buy | 12/03/18 | M | | |
| 28. | | | | | | Buy (add'l) | 12/19/18 | J | | |
| 29. | Broadridge Financial Solutions, Inc. Common | A | Dividend | K | T | | | | | |
| 30. | CDK Global Inc. Common | A | Dividend | K | T | | | | | |
| 31. | Cisco Systems Inc. Common | B | Dividend | K | T | | | | | |
| 32. | Clearbridge Dividend Strategy Fund | C | Dividend | M | T | Buy (add'l) | 02/02/18 | J | | |
| 33. | | | | | | Buy (add'l) | 12/19/18 | J | | |
| 34. | Cigna Corp Common | A | Dividend | L | T | Spinoff (from line 48) | 12/24/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Coca Cola Common | D | Dividend | M | T | | | | | |
| 36. | Davis New York Venture Fund | B | Dividend | N | T | | | | | |
| 37. | Dell Technologies Inc. Common | | None | J | T | | | | | |
| 38. | DFA International Small Company Portfolio Fund | A | Dividend | K | T | Buy | 01/30/18 | J | | |
| 39. | | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 40. | | | | | | Sold<br>(part) | 09/11/18 | K | | |
| 41. | | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 42. | | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 43. | | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 44. | DFA U.S. Core Equity 1 Portfolio Fund | E | Dividend | P1 | T | Buy<br>(add'l) | 04/27/18 | N | | |
| 45. | | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 46. | Discover Financial Services Common | B | Dividend | K | T | | | | | |
| 47. | Eaton Vance Large-Cap Value Fund | A | Dividend | | | Sold | 05/16/18 | K | | |
| 48. | Express Scripts Holdings Common | | None | | | Redeemed | 12/24/18 | L | | |
| 49. | Exxon Mobil Corp. Common | E | Dividend | N | T | | | | | |
| 50. | Fidelity Advisor Mid Cap II Fund | A | Dividend | M | T | Buy<br>(add'l) | 02/02/18 | J | | |
| 51. | | | | | | Buy<br>(add'l) | 12/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity Advisor New Insights Fund | A | Dividend | M | T | Buy (add'l) | 02/02/18 | J | | |
| 53. | | | | | Sold (part) | 09/11/18 | L | | |
| 54. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 55. First Eagle Global Fund | B | Dividend | M | T | Buy (add'l) | 02/02/18 | J | | |
| 56. | | | | | | | | | |
| 57. Flexshares Morningstar Global Upstream Natural Resources Index Fund | D | Dividend | N | T | Buy (add'l) | 01/31/18 | J | | |
| 58. | | | | | Buy (add'l) | 06/18/18 | L | | |
| 59. | | | | | Sold (part) | 07/27/18 | J | | |
| 60. | | | | | Sold (part) | 09/12/18 | K | | |
| 61. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 62. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 63. Flexshares STOXX Global Broad Infrastrture Index Fund | C | Dividend | M | T | Buy (add'l) | 01/31/18 | J | | |
| 64. | | | | | Buy (add'l) | 04/30/18 | L | | |
| 65. | | | | | Sold (part) | 07/27/18 | J | | |
| 66. | | | | | Sold (part) | 09/12/18 | J | | |
| 67. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 68. Franklin Federal Tax-Free Income Fund | C | Interest | | | Sold | 09/11/18 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Hartford Capital Appreciation Fund | B | Int./Div. | | | Sold | 09/11/18 | M | | |
| 70. Howard County, MD Municipal Bond | C | Interest | L | T | | | | | |
| 71. IBM Corp. Common | D | Dividend | M | T | | | | | |
| 72. Intel Corp. Common | C | Dividend | M | T | | | | | |
| 73. Janus Enterprise Fund | A | Dividend | K | T | | | | | |
| 74. Johnson & Johnson Common | D | Dividend | N | T | | | | | |
| 75. Keysight Technologies Inc. Common | | None | K | T | | | | | |
| 76. Lord Abbett High Yield Municipal Bond Fund | C | Interest | | | Sold | 09/11/18 | L | | |
| 77. McDonald's Corp. Common | E | Dividend | O | T | | | | | |
| 78. Medtronic PLC Common | D | Dividend | N | T | | | | | |
| 79. Merk & Co. Common | D | Dividend | N | T | | | | | |
| 80. Morgan Stanley Common | B | Dividend | L | T | | | | | |
| 81. Northern Emerging Markets Equity Index Fund | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 82. | | | | | Buy (add'l) | 07/27/18 | K | | |
| 83. | | | | | Sold (part) | 09/11/18 | L | | |
| 84. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 85. | | | | | Buy (add'l) | 11/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northern Global Real Estate Index Fund | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 87. | | | | | Sold (part) | 07/27/18 | J | | |
| 88. | | | | | Sold (part) | 09/11/18 | J | | |
| 89. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 90. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 91. Northern High Yield Fixed Income Fund | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 92. | | | | | Sold (part) | 09/11/18 | K | | |
| 93. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 94. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 95. Northern International Equity Index Fund | E | Dividend | P1 | T | Buy (add'l) | 01/30/18 | K | | |
| 96. | | | | | Buy (add'l) | 06/07/18 | M | | |
| 97. | | | | | Sold (part) | 09/11/18 | M | | |
| 98. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 99. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 100. Northern Mid Cap Index Fund | D | Dividend | N | T | Buy (add'l) | 12/21/18 | K | | |
| 101. Northern Small Cap Index Fund | B | Dividend | M | T | Buy (add'l) | 01/30/18 | J | | |
| 102. | | | | | Buy (add'l) | 04/27/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 05/01/18 | K | | |
| 104. | | | | | Buy<br>(add'l) | 06/07/18 | K | | |
| 105. | | | | | Sold<br>(part) | 07/27/18 | J | | |
| 106. | | | | | Sold<br>(part) | 09/11/18 | K | | |
| 107. | | | | | Buy<br>(add'l) | 10/09/18 | J | | |
| 108. | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 109. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 110. | | | | | Buy<br>(add'l) | 12/21/18 | K | | |
| 111.   Northern Stock Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/30/18 | K | | |
| 112. | | | | | Sold<br>(part) | 07/30/18 | J | | |
| 113. | | | | | Sold<br>(part) | 09/11/18 | M | | |
| 114. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 118.   Nuveen All-American Municipal Bond Fund | C | Interest | | | Sold | 09/11/18 | L | | |
| 119.   Nuveen High Yield Municipal Bond Fund | B | Int./Div. | | | Sold | 09/11/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oakmark International Fund | C | Int./Div. | M | T | Buy | 05/16/18 | N | | |
| 121. | | | | | Sold (part) | 09/11/18 | L | | |
| 122. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 123. Prince George's County, MD Municipal Bonds | C | Interest | L | T | | | | | |
| 124. Principal Midcap Fund | A | Dividend | N | T | Buy (add'l) | 02/02/18 | J | | |
| 125. | | | | | Buy (add'l) | 05/16/18 | L | | |
| 126. | | | | | Buy (add'l) | 12/03/18 | L | | |
| 127. Schlumberger Ltd. Common | C | Dividend | L | T | | | | | |
| 128. SPDR S&P 500 ETF Trust | D | Dividend | N | T | Buy (add'l) | 12/12/18 | J | | |
| 129. Texas Instruments Common | D | Dividend | N | T | | | | | |
| 130. Thornburg International Value Fund | A | Dividend | | | Buy (add'l) | 02/02/18 | J | | |
| 131. | | | | | Sold | 05/16/18 | M | | |
| 132. Vanguard Developed Markets Index Fund | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 133. | | | | | Buy (add'l) | 01/01/18 | J | | |
| 134. Vanguard Emerging Markets Select Stock Fund | D | Dividend | M | T | Buy (add'l) | 11/15/18 | J | | |
| 135. Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/18 | J | | |
| 136. Vanguard Explorer Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 05/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Extended Market Index Fund | B | Dividend | M | T | Buy (add'l) | 01/01/18 | J | | |
| 138. Vanguard 500 Index Trust Fund | A | Dividend | M | T | Buy | 02/16/18 | M | | |
| 139. Vanguard Int'l Equity Index Funds Emerging Markets Stock Index Fund | E | Dividend | O | T | Buy (add'l) | 04/27/18 | M | | |
| 140. Vanguard International Growth Fund | B | Dividend | L | T | Buy (add'l) | 11/15/18 | K | | |
| 141. Vanguard Institutional Index Fund | A | Dividend | | | Sold | 02/16/18 | L | | |
| 142. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 143. Vanguard Mid-Cap Growth Fund | A | Dividend | L | T | Buy (add'l) | 11/15/18 | J | | |
| 144. Vanguard Mid-Cap Index Fund | B | Dividend | M | T | Buy (add'l) | 04/09/18 | J | | |
| 145. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 146. Vanguard PrimeCap Core Fund | E | Dividend | O | T | Buy (add'l) | 04/09/18 | J | | |
| 147. Vanguard Prime Money Market Fund | A | Interest | | | Sold | 04/09/18 | J | | |
| 148. Vanguard REIT Index Fund | B | Dividend | L | T | Buy (add'l) | 01/01/18 | J | | |
| 149. Vanguard Small-Cap Index Fund | B | Dividend | L | T | Buy (add'l) | 04/09/18 | J | | |
| 150. Vanguard Total Bond Market Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/18 | J | | |
| 151. Vanguard Total International Stock Index Fund | A | Dividend | | | Sold (part) | 02/16/18 | K | | |
| 152. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 153. | | | | | Sold | 08/24/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 155. Vanguard U.S. Growth Fund | A | Dividend | L | T | | | | | |
| 156. Vanguard Wellington Fund | A | Dividend | K | T | Buy (add'l) | 04/09/18 | J | | |
| 157. Vanguard Windsor II Fund | B | Dividend | M | T | Buy (add'l) | 04/09/18 | J | | |
| 158. Victory Munder Mid-Cap Core Growth Fund | A | Dividend | | | Buy (add'l) | 02/02/18 | J | | |
| 159. | | | | | Sold | 05/16/18 | M | | |
| 160. Western Digital Corp. Common | A | Dividend | K | T | | | | | |
| 161. Zoetis Inc. Common | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

Alphabet Inc. shares (Part VII, lines 9-15) vested monthly throughout the year.

Vanguard funds with purchase date of 1/1/18 (Part VII, lines 133, 135, 137, 148, 150) had purchases throughout 2018 from salary withholding.

Express Scripts (Part VII, line 48) was exchanged for Cigna (Part VII, line 34) in a merger transaction; software does not allow use of the Merged With option

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 05/04/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Pamela A. Harris

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544